# Court of Appeals
# of the State of Georgia

ATLANTA,   December 19, 2014

*The Court of Appeals hereby passes the following order:*

**A15A0725.  PAMELA DELORES GREEN v. THE STATE.**

Pamela Delores Green was convicted of burglary and theft by deception, and her conviction was affirmed on appeal.  See *Green v. State*, 301 Ga. App. 866 (689 SE2d 132) (2010). Green has since filed several motions seeking to modify her allegedly void sentence.  Most recently, Green filed a motion alleging that her sentence was void because the trial court failed to merge her sentences and improperly sentenced her as a recidivist.  The trial court denied this motion, and Green filed this appeal.

In Green's prior discretionary application, Case Number A14D0124, we addressed the same arguments she is attempting to raise in this direct appeal. We dismissed that application on the basis that Green failed to raise a valid void sentence claim.  "It is axiomatic that the same issue cannot be relitigated *ad infinitum*.  The same is true of appeals of the same issue on the same grounds." *Echols v. State*, 243 Ga. App. 775, 776 (534 SE2d 464) (2000); see also *Jordan v. State*, 253 Ga. App. 510, 511 (2) (559 SE2d 528) (2002). Our ruling in the prior application is res judicata.  See *Hook v. Bergen*, 286 Ga. App. 258,  261 (1) (649 SE2d 313) (2007). Thus, Green is estopped from seeking further judicial review on these issues. See id; see also *Ross v. State*, 310 Ga. App. 326, 328 (713 SE2d 438) (2011) (law of the case rules bars successive void sentence appeals). Accordingly, this appeal is hereby DISMISSED.

Given that we have already addressed a prior application raising essentially the same arguments, this appeal is frivolous.  This Court is empowered to impose sanctions upon a party who files a frivolous notice of appeal.  See Court of Appeals

Rule 15 (b). We thus caution Green against filing future frivolous appeals in this Court as such will result in the imposition of sanctions.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 12/19/2014
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*